1430

*Tuesday, December 8, 1998*

## DISCIPLINARY DOCKET

**98–783. Disciplinary Counsel v. Brown.**
The Board of Commissioners on Grievances and Discipline filed its Final Report in this court on April 22, 1998, recommending that pursuant to Gov.Bar R. V(6)(B)(5), the respondent, Thomas C. Brown, a.k.a. Thomas Christopher Brown, Attorney Registration No. 0024054, last known business address in Geneva, Ohio, be publicly reprimanded. On October 5, 1998, respondent filed a motion to remand, and on October 13, 1998, relator filed a memo opposing the motion. Upon consideration thereof,

IT IS ORDERED AND ADJUDGED by this court that the motion be, and hereby is, granted, and that this matter be remanded to the Board of Commissioners on Grievances and Discipline for an evidentiary hearing.

IT IS FURTHER ORDERED that costs in this matter abide final determination of the case.

IT IS FURTHER ORDERED, *sua sponte,* that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

IT IS FURTHER ORDERED, *sua sponte,* that service shall be deemed made on respondent by sending this order, and all other orders in this case, by certified mail to the most recent address respondent has given to the Attorney Registration Office.

DOUGLAS, J., dissents.

*Wednesday, December 9, 1998*

## MOTION DOCKET

**97–1502. Freshwater v. Scheidt.**
Paulding App. No. 11–96–10. This cause is pending before the court as an appeal from the Court of Appeals for Paulding County. Upon consideration of appellants' notice of lifting of the automatic stay in the Franklin County Court of Common Pleas.

IT IS ORDERED by the court, *sua sponte,* that the stay previously granted by this court be, and hereby is, lifted.

IT IS FURTHER ORDERED by the court that any appellee briefs shall be filed within thirty days of the date of this entry and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

**98–1586. State v. Murphy.**
Franklin C.P. No. 97CR052877. This cause is pending before the court as an appeal from the Court of Common Pleas of Franklin County. Upon consideration of appellant's motion for stay of execution,

IT IS ORDERED by the court that appellant's motion for stay of execution be, and hereby is, granted, pending disposition of this appeal.

**98–2061. State v. Franklin.**
Montgomery C.P. No. 97CR1139. This cause is pending before the court as an appeal from the Court of Common Pleas of Montgomery County. Upon consideration of appellant's motion for stay of execution.

IT IS ORDERED by the court that appellant's motion for stay of execution be, and hereby is, granted, pending disposition of this appeal.

**98–2347. State ex rel. Moore v. Craig.**
Cuyahoga App. No. 74728. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.